# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO. 15-CR-00223** |
| | \* | |
| **VERSUS** | \* | **JUDGE FOOTE** |
| | \* | |
| **SHAWN D. DRIGGERS    (01)** | \* | **MAGISTRATE JUDGE HORNSBY** |

## GOVERNMENT'S NOTICE OF DISCLOSURE

NOW INTO COURT, comes the United States, through the undersigned Assistant United States Attorney for the Western District of Louisiana, who gives notice of the disclosure of expert report:

On Tuesday June 21, 2016, the United States received the report of Dr. John Simoneaux, an expert we intend to call in the above-entitled trial. On the same day, within approximately one hour of our receipt of the report, said report was transmitted to the defense.

Because the defense filed a motion in limine to exclude the testimony of Dr. John Simoneaux as a result of late disclosure (Record Doc. 26), the undersigned is submitting this notice to the Court.

WHEREFORE the United States prays that this notice of disclosure be filed into the record of the above-entitled case.

                Respectfully submitted,

                STEPHANIE A. FINLEY
                United States Attorney

By:   *s/ John Luke Walker*
       JOHN LUKE WALKER, ID # 18077
       ROBERT W. GILLESPIE, JR., ID # 06202
       Assistant United States Attorney
       800 Lafayette Street, Suite 2200
       Lafayette, Louisiana 70501-6832
       Telephone: (337) 262-6618

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-CR-00223 |
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| SHAWN D. DRIGGERS     (01) | * | MAGISTRATE JUDGE HORNSBY |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2016, a copy of the foregoing Government's Notice of Disclosure was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. H. Cameron Murray by operation of the Court Electronic Filing System.

*s/ John Luke Walker*
JOHN LUKE WALKER, ID # 18077
Assistant United States Attorney