UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

### GRAND JURY REPORT

| | | | |
|---|---|---|---|
| **Date:** | August 25, 2016 | Presiding: | Mag. Judge Mark L. Hornsby |
| **Court Opened:** | 01:30 p.m. | Courtroom Deputy: | Suzanne Delgado |
| **Court Adjourned:** | 01:45 p.m. | LCR Courtroom 3 | |
| **Statistical Time:** | 00:15 | ✗ Partial Report - 15-SU-0064 | |

### OPEN INDICTMENTS

| Case Number | Warrant/Summons |
|---|---|
| 1:16-cr-00207-01 | In federal custody. Arrest warrant requested. |
| 1:16-cr-00207-02 | In federal custody. Arrest warrant requested. |
| 1:16-cr-00207-03 | In federal custody. Arrest warrant requested. |
| 1:16-cr-00208-01 | Summons requested. |
| 3:16-cr-00209-01 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |
| 3:16-cr-00209-01 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |
| 5:15-cr-00223-01 | Superseding. Summons requested. |
| 5:16-cr-00210-01 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |
| 5:16-cr-00211-01 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |

### SEALED INDICTMENTS

| Case Number | Warrant/Summons |
|---|---|
| 5:16-cr-00214-01 | Summons requested. To be served by the agent. |
| 5:16-cr-00214-02 | Summons requested. To be served by the agent. |
| 5:16-cr-00214-03 | Summons requested. To be served by the agent. |
| 5:16-cr-00214-04 | Summons requested. To be served by the agent. |
| 5:16-cr-00214-05 | Summons requested. To be served by the agent. |
| 5:16-cr-00214-06 | Summons requested. To be served by the agent. |
| 5:16-cr-00212-01 | Arrest warrant requested. |
| 5:16-cr-00213-01 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |
| 5:16-cr-00213-02 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |
| 5:16-cr-00213-03 | In state custody. Arrest warrant requested. Writ will be requested at a later date. |

**The oral motion to seal these indictments is granted, and these indictments are ordered sealed and withheld from the public until such time as the defendant(s) come into federal custody.**

✗ Warrants/summonses ordered issued as indicated.