UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:15-cr-00223 |
| | * | |
| VERSUS | * | DISTRICT JUDGE FOOTE |
| | * | |
| SHAWN D. DRIGGERS | * | MAGISTRATE JUDGE HORNSBY |

**RESPONSE TO DEFENSE MEMORANDUM SUPPORTING
THE USE OF HEARSAY IN THE REPORT OF DR. VIGEN**

NOW INTO COURT, comes the United States, through the undersigned Assistant United States Attorney for the Western District of Louisiana, who states in response to the defense memorandum of law supporting the expert's use of hearsay testimony in forming his expert opinion, the following:

Based upon the case law submitted by the defense, as well as independent research, the undersigned concedes that an expert may use hearsay testimony in forming his expert opinion. Further during his testimony, an expert may note hearsay information in support of his opinion.

WHEREFORE the United States prays that this answer be deemed good and sufficient and be relieved from answering further.

                    Respectfully submitted,

                    STEPHANIE A. FINLEY
                    United States Attorney

                    /s/ JOHN LUKE WALKER
                    JOHN LUKE WALKER, ID # 18077
                    Assistant United States Attorney
                    800 Lafayette Street, Suite 2200
                    Lafayette, LA 70501-6832
                    Telephone:   337.262.6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:15-cr-00223 |
|---|---|---|
| | * | |
| VERSUS | * | DISTRICT JUDGE FOOTE |
| | * | |
| SHAWN D. DRIGGERS | * | MAGISTRATE JUDGE HORNSBY |

C E R T I F I C A T E

I hereby certify that on January 30, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to counsel of record, Mr. Cameron Murray, by operation of the court's electronic filing system.

.

/s/ JOHN LUKE WALKER
JOHN LUKE WALKER, ID # 18077
Assistant United States Attorney