U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 17 2017

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:15-cr-00223-01 |
| | * | |
| | * | 18 U.S.C. § 2241(c) |
| | * | Aggravated Sexual Abuse of a Minor |
| | * | 18 U.S.C. § 2243(a) |
| VERSUS | * | Sexual Abuse of a Minor |
| | * | 18 U.S.C. § 2242(1) |
| | * | Sexual Abuse |
| | * | |
| | * | DISTRICT JUDGE FOOTE |
| SHAWN D. DRIGGERS | * | MAGISTRATE JUDGE HORNSBY |

## VERDICT

As to Count 1 of the Indictment, We, the Jury, unanimously find the Defendant,

**GUILTY** _____     **NOT GUILTY** _____     (Deadlocked)


As to Count 2 of the Indictment, We, the Jury, unanimously find the Defendant,

**GUILTY** _____     **NOT GUILTY** _____     (Deadlocked)


As to Count 3 of the Indictment, We, the Jury, unanimously find the Defendant,

**GUILTY** _____     **NOT GUILTY** ✓


Done and signed this ____ day of February 2017, in Shreveport, Louisiana.


*REDACTED*

FOREPERSON