Case 5:15-cr-00223-EEF-MLH Document 116 Filed 02/17/17 Page 1 of 18 PageID #: 459

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| 07 Mar 2008 1446 | Facility: 2nd Medical Group | Clinic: PEDIATRIC CLINIC  Provider: AZZAWE, BADIA M |

Cardiovascular system:
  Heart Rate And Rhythm: ° Heart rate was normal.
  Murmurs: ° No murmurs were heard.
  Arterial Pulses: ° Equal bilaterally and normal.
Abdomen:
  Auscultation: ° Bowel sounds were normal.
  Palpation: ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
  Hepatic Findings: ° Liver was not enlarged.
  Splenic Findings: ° Spleen was not enlarged.
Rectum:
  Anus: ° Normal.
Musculoskeletal system:
  General/bilateral: ° Musculoskeletal system: normal.
Neurological:
  Gait And Stance: ° Normal.
Skin:
  ° Color and pigmentation were normal.
Growth and development:
  ° Shows appropriate behavior at home. ° Shows appropriate behavior at school. ° Shows appropriate behavior when playing with friends. ° Can read and do math at grade level. ° Shows pride in achievements. ° Can talk about what goes on in school. ° Completes school work.
  Growth Parameters: ° Normal.
  Sexual Maturation: • Breast development Tanner stage. ° Normal.
Therapy
  • Review immunization schedule.
Counseling/Education

  • Discussed use of seat belts
  • Discussed storage of medications
  • Discussed storage of cleaning agents and chemicals
  • Discussed precautions against drowning
  • Discussed avoiding sun exposure
  • Discussed stranger safety
  • Discussed street crossing
  • Discussed what to do if lost
  • Discussed bicycle safety
  • Discussed use of bicycle and motorcycle helmets
  • Discussed sports safety
  • Discussed protective equipment
  • Discussed smoking and drug use in Parents
  • Discussed risk-taking behavior
  • Discussed use of vitamins
  • Discussed food groups
  • Discussed concerns about tooth brushing
  • Discussed concerns about violent behavior / firearm use
  • Discussed role model emulation
  • Discussed sports
  • Discussed clubs


A/P Written by AZZAWE, BADIA M @ 07 Mar 2008 1521 CDT
1. Preventive Medicine Establ. Patient Checkup Child 5-11
    Laboratory(ies):       -TSH, SENSITIVE (Routine); CHOLESTEROL TOTAL (Routine)
    Patient Instruction(s): -Education And Instructions
                            -Anticipatory Guidance: Safety Guidelines
                            -Anticipatory Guidance: Nutrition
                            -Anticipatory Guidance: General Concerns
                            -Anticipatory Guidance: Cerebral Stimulation
                            -Anticipatory Guidance: Activities
2. EYE DISORDERS
    Consult(s):            -Referred To: OPHTHALMOLOGY (Routine) Specialty: OPHTHALMOLOGY Clinic: REFERRAL
                            COORDINATOR OFFICE Primary Diagnosis: EYE DISORDERS

| Name: PELCH, CHEYENNE B | | | | |
|---|---|---|---|---|
| FMP/SSN: 01/Redacted 0296 | Sex: F | Sponsor/SSN: | DRIGGERS, JESSICA VIDAURRI/Redacted 0296 | |
| DOB: Redacted | Tel H. | Rank | STAFF SERGEANT | |
| PCat: F41 USAF FAM MBR AD | Tel W | Unit | BBTCFGDD | |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | Outpt Rec. Rm. | OUTPATIENT RECORDS - WHMC | |
| Insurance: No | SWS. | PCM. | | |
| | | Tel PCM: | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579) UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 3 of 4



Defendant's
Exhibit Three, in globo

NSN 7540-00-634-4176 | 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

24 Mar 04
1935
8 yr

2d MEDICAL GROUP, BARKSDALE AFB LA 71110-2425
PEDIATRIC CLINIC

HEALTH MAINTENANCE VISIT - 7-8 Year Old

Circle any that apply:

Smoker in family    (Gun in house)    Domestic violence    Alcohol/Drug abuse

(Smoke detector in house)    Parent with cholesterol level >240    Pool at house

Parent or grandparent <55 yrs with heart disease    Pets in home    Contact with anyone with TB

Circle any that child does:

(Visits dentist yearly)  (Bikes/rollerblades)  Has chores at home  (Knows address)

(Brushes teeth twice daily)  (Wears sunscreen)  (Wears seat belt)  (Wears helmet)

Circle any that your child has had or has:

3 M-e-M    Positive tuberculosis test    Weight problem    Vision problem
+ Small   Bowel/Bladder problem    Speech problem    Chicken pox    Hearing problem

List any chronic health problem child has: (Ex: asthma, ear infection, etc.)

How many servings per day: Fruits? 1    Vegetables? 1    Milk? 1    Cheese? 1    Yogurt? 1

Does child eat junk food:    Daily?    Weekly? yes    More often?

How many hours per day does child watch TV/play video games? 3 hrs

How many hours does child sleep per night?    6    (8)    10    More

How does your child do in school?    (Excellent)    Good    Fair    Poor

Eye Exam
Aug 003
Wears
glasses
H 8/775
Wt 50

List any problems or concerns you would like to discuss?

AGE 8    WEIGHT 25.5kg 56¼lb    HEIGHT 133½cm, 52½in    BP 95/56
VISUAL ACUITY: R= 20/25    L= 20/30    BOTH= 20/20
MEDICATIONS: Ø    ALLERGIES: NKDA    Safety brief ✓

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

A22AWC

RECORDS MAINTAINED AT: BARKSDALE AFB, LA

PATIENT'S NAME *(Last, First, Middle initial)*: Velch, Cheyenne
SEX:
RELATIONSHIP TO SPONSOR:    STATUS:    RANK/GRADE:
SPONSOR'S NAME:    ORGANIZATION:
DEPART./SERVICE: 01    SSN/IDENTIFICATION NO: Redacted    DATE OF BIRTH: 02-9-6

2 MDG OVERPRINT FORM #316/SGOMC
APPROVED BY ECOMS ON 15 FEB 01 AND
REVISED ON 1 NOV 02

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84) (EF-V1)
Prescribed by GSA and ICMR (PerFORM PRO)
FIRMR (41 CFR) 201-45.505

CPR

(2)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| *[handwritten notes in left margin:* hx — Heart dx only, chv, ø DLC, ø Sev other Sxs Neg, but MGM ⊕ hypo, MGB Mother has high BP on prev *]* | **IMMUNIZATION:** Up-to-date, see DD Form 2766C  Chicken Pox: (Y) N  Vaccine: Y (N) |
| | **DEVELOPMENT:** (Circle all that apply) (Increasing vocabulary) (Understands what is read) (Chores) (Interests/Hobbies) (Tells time) (Tells jokes) |
| | **PHYSICAL EXAM:** [x] = normal, [o] = abnormal, [-] = not examined, (normal findings), Comments/Abnormal findings: |
| | [X] General (well-developed, well-nourished, no distress, not ill in appearance) |
| | [X] Head (normal shape and size; no trauma) |
| | [X] Neurological (motor/sensory intact, CN II-XII intact, alert and oriented for age, = strength, = reflexes) |
| | [X] Face (symmetrical, normal appearance) |
| | [X] Ears (tympanic membranes gray, mobile, normal landmarks bilaterally) |
| | [X] Eyes (red reflex bilaterally, EOM intact, normal alignment, PERRLA) |
| | [X] Nose (patent, no discharge) |
| | [X] Teeth (# of teeth _____, no caries, normal occlusion) |
| | [X] Oral Cavity (moist pink mucous membranes without lesions or tonsillar hypertrophy) |
| | [X] Neck (supple, shotty nodes, full ROM) |
| | [X] Chest (symmetrical, unlabored respirations, clear to auscultation) |
| | [X] CV (normal heart sounds, RRR, no murmur, normal pulses and capillary refill) |
| | [X] Abdomen (positive bowel sounds, no masses, no hepatoplenomegaly, nontender, nondistended) |
| | [X] Back (straight, no curvature or defects) |
| | [ ] Genitalia (female - normal external anatomy, no rash, or discharge) |
| | [X] Genitalia (male - normal penis, testicles descended bilaterally, no hernia, no rash; circumcision? Y N) |
| | [X] Rectal (normal external appearance, no fissures, or rash) |
| | [X] Extremities (normal appearance, full ROM of all joints) |
| | [ ] Skin (no rashes or birthmarks, warm, pink, dry, with good turgor) |
| | **ASSESSMENT:** well kid visit — school sport |
| | **ANTICIPATORY GUIDANCE:** (Circle all that apply) (Regular exercise) (Helmet use) (Seat belt) (Talk about drugs) (Gun/Sport safety) (Firm/Consistent rules-consequences) (Library card) |
| | **PLAN:** Immunize per protocol |
| | (Circle all that apply)  CBC  Cholesterol  Lipoprotein  Tuberculosis  UA  Lead |
| | **PREVENTION:** Given and discussed 7-8 year physical Putting Prevention Into Practice Instruction Handout |
| | RTC 8-9 year physical sooner p.r.n. |
| | Dental visit annually |
| | Eye exam |
| | *[upside-down stamp:]* Barksdale AFB, LA 71110 Spectrum Healthcare Resources *[signature]* ___, MD |
| | PROVIDER SIGNATURE AND STAMP |

STANDARD FORM 500 BACK (REV. 5-84) (EF-V1) (PerFORMPRO)

③

NSN 7540-00-634-4176 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

HEALTH MAINTENANCE VISIT (2-6 YRS)

TYPE OF PHYSICAL: PRE SCHOOL   DAY CARE   SCHOOL

CURRENT PROBLEMS OR CONCERNS:

MEDICINES/DRUG ALLERGIES: NKDA

PAST MEDICAL HISTORY:

| | | | | |
|---|---|---|---|---|
| Y (N) | Hospitalizations | Y (N) | Chronic illnesses | |
| Y (N) | Surgeries | Y (N) | Asthma | |
| Y (N) | Fractures/Trauma | Y (N) | Heart Murmur | |
| Y (N) | Seizures | (Y) N | Chickenpox | |

Explain all yes answers:

FAMILY HISTORY: List medical problems or chronic illnesses in the child's parents, siblings, or grandparents

BP 88/55
P 101

AGE: 4 yr 6 mo   WEIGHT: 36 3/4 = ___ %   HEIGHT: 40 1/2 = ___ %

VISION:   RT: 20/20   LT: 20/30   BOTH: 20/20

IMMUNIZATIONS HISTORY: (Circle which shots have been given)

DTaP/DTP   1  2  3  4   5        OPV/IPV   1  2  3  4
HIB        1  2  3  4            MMR       1  2
HEP B      1  2  3               TB-PPD    VARIVAX

DEVELOPMENT:

2 YRS   Climbs steps, one at a time   Opens doors   Kicks a ball   Throws overhead
        Stacks 5-6 blocks   Two word Phrases   At least 20 word vocabulary
        Draws circle and line   Uses spoon and cup well   Washes & dries hands

3 YRS   Jump in place   Kick ball   Pedals trike   Opens doors   Tower of 9 cubes
        Speech mostly intelligible   Speaks in sentences   Knows name, age, sex
        Puts on some clothing & shoes   Describes action in books

4 YRS   Jumps forward   Stands one foot 3-5 sec   Uses pencil with good control   Counts to 5
        Dresses and undresses self, some help   Initiates make-believe/role playing

5 YRS   Skip Broad Jump   Cut and Paste   4-5 Colors   Identify Coins   Tell Story
        Dress/undress without help   Copies triangles   Knows Gender   Counts to 10
        Self care (toilet)   Draws person with 2-4 parts after head   Recognizes most letters

6 YRS   Prints numbers to 10   Throws and catches   Knows right from left   Prints Name
        Bounces ball 4-6x   Draws person with 6 body parts   Skates   Rides a bike

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial): Veich, Cheyenne   SEX:

RELATIONSHIP TO SPONSOR:   STATUS:   RANK/GRADE:

SPONSOR'S NAME:   ORGANIZATION:

DEPART./SERVICE:   SSN/IDENTIFICATION NO.: 010296   DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

REVIEWED/APPROVED BY ECOMS ON 19 JUNE 97

(4)

NSN 7540-00-634-4176  600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

**19 Aug 98**

PEDIATRIC CLINIC   BARKSDALE AFB, LA
EAR INFECTION FOLLOW - UP FORM

Allergies:                     wt:             temp:

Chief Complaint:

**SUBJECTIVE:**
PMH: Ear infection # ___ in the last ___ months   Prior ENT evaluation Y / N   Audiology Y / N

MEDs: Completed ___ / ___ days of _____ on _____

Other MEDs being taken:

Ear Symptoms:  Fever   Pain   Drainage   Fullness   Hearing Problems   Asymptomatic

URI Symptoms:  Cough   Congestion   Runny Nose   Other

Bottle propping   Family History of Ear infections   Day Care Attendance   Smoking in the home

**OBJECTIVE:**
Tympanic Membranes:
   Right:  gray,   pink,   red,   other           Not visualized
   Light reflex - present / absent,  dull,  air / fluid level,  landmarks visible / obscured
   mobile,   decreased mobility,   immobile

Tympanic Membranes:
   Left:  gray,   pink,   red,   other            Not visualized
   Light reflex - present / absent,  dull,  air / fluid level,  landmarks visible / obscured
   mobile,   decreased mobility,   immobile

Other:

**ASSESSMENT:**
Resolved      AOM      SOM      bilat      R      L

**PLAN:**
MEDs:

RTC:    2 weeks/sooner p.r.n.      1 month      p.r.n.

Referrals:  ENT      Audiology      Speech and Hearing

---

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

1115 Ear Inf FU
Lee, Pat R

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle Initial)*
Polch, Cheyenne B

RELATIONSHIP TO SPONSOR: D|D     STATUS: AD     SEX: F     RANK/GRADE: Amn

SPONSOR'S NAME: Polch, Jessica V     ORGANIZATION:

DEPART./SERVICE: AF     SSN/IDENTIFICATION NO: 011 Redacted 0242     DATE OF BIRTH: Redacted

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 6-84)   (EF-VII)
Prescribed by GSA and ICMR   (ovrFORM PRO)
FIRMR (41 CFR) 201-45.505

2MG OVERPRINTED FORM #121/SGOBO
APPROVED BY ECOMS ON 19 FEB 98



Medical Record
Driggers, Cheyenne B   DOB: Redacted   SSN: ***-**-0629   Created: 20 Aug 2014

# Table Of Contents

Table Of Contents ........................................................................................................................ 2
Demographics ............................................................................................................................. 6
Allergies ...................................................................................................................................... 7
   Nka ......................................................................................................................................... 7
   Nkda ....................................................................................................................................... 7
Problems ..................................................................................................................................... 8
   Active Problems .................................................................................................................... 8
      MENORRHAGIA PUBERTAL on 27 Jul 2013 ................................................................ 8
      Contraceptives on 24 Jun 2013 .......................................................................................... 8
      Outpatient Physician Consultation on 11 Feb 2013 ........................................................... 8
      Feeling tired or poorly on 17 Apr 2012 ............................................................................. 8
      URTICARIA on 14 Feb 2012 ........................................................................................... 8
      Patient activity at time of event - softball on 03 Mar 2011 ............................................... 8
      Abnormal menses on 29 Nov 2010 ................................................................................... 9
      URINARY TRACT INFECTION on 29 Nov 2010 .......................................................... 9
      OTHER visit for: administrative purpose on 23 Mar 2010 ............................................... 9
      Visit for: screening exam for malignant neoplasm cervix on 16 Feb 2010 ...................... 9
      Oral Contraceptives on 16 Feb 2010 ................................................................................. 9
      METRORRHAGIA on 02 Feb 2010 ................................................................................. 9
      Visit for: refer patient without exam or treatment on 10 Sep 2009 ................................ 10
      EYE DISORDERS on 07 Mar 2008 ............................................................................... 10
      FRACTURE OF RADIUS / ULNA CLOSED on 09 Oct 2007 ...................................... 10
      STRABISMUS on 04 Oct 2007 ...................................................................................... 10
      Preventive Medicine Establ. Patient Checkup Child 5-11 on 04 Oct 2007 .................... 10
   Inactive Problems ................................................................................................................ 10
      PHARYNGITIS STREPTOCOCCUS, GROUP A: BETA HEMOLYTIC on 16 Jan 2014 ............................... 11
      WARTS PLANTAR on 03 Sep 2013 ............................................................................. 11
      ████████████████████ ............................................................................................. 11
      Visit for: student physical on 24 Jun 2013 ..................................................................... 11
      PHARYNGITIS ACUTE on 20 Sep 2011 ...................................................................... 11
      CLOSED FRACTURE 2ND FINGER PROXIMAL PHALANX RIGHT HAND on 22 Feb 2011 ............ 11
      Visit for: examination for sports competition on 19 Jan 2011 ....................................... 12
      PHARYNGITIS on 26 Jan 2010 ..................................................................................... 12
      Visit for: administrative purpose on 28 Apr 2009 .......................................................... 12
      ████████████████████ ............................................................................................. 12
      Visit for: issue medical certificate on 16 Apr 2009 ....................................................... 12
      CLOSED FRACTURE RADIUS/ULNA DISTAL END on 09 Oct 2007 ....................... 12
      Need For Vaccination Chickenpox (Active) on 04 Oct 2007 ......................................... 12
      Vaccines Prophylactic Need Against Viral Diseases on 04 Oct 2007 ............................ 13
      Vaccine needed prophylactically against bacterial diseases on 04 Oct 2007 ................. 13
      Vaccines Prophylactic Need Against Td on 04 Oct 2007 ............................................... 13
Medications .............................................................................................................................. 14
   Active Medications ............................................................................................................. 14
   Discontinued Medications ................................................................................................... 14
   Expired Medications ........................................................................................................... 14
Procedures ................................................................................................................................ 16
Family History ......................................................................................................................... 19
   family medical history on 08 Aug 2014 ............................................................................. 19
   no family history of sudden early deaths on 04 Aug 2012 ................................................ 19
   no family history of genetic disease on 04 Aug 2012 ........................................................ 19
   no family history of mental illness (not retardation) on 04 Aug 2012 ............................... 19
   no family history of ischemic heart disease before age 50 on 04 Aug 2012 ...................... 19



| Driggers, Cheyenne B | **Medical Record** DOB: *Redacted*  SSN: ***-**-0629  Created: 20 Aug 2014 |
|---|---|

MEDICAL RECORD
For
Driggers, Cheyenne B

From: 15 Jan 1996 To: 20 Aug 2014
Operator: MARSHALL,EVELYN M
Created On 20 Aug 2014 09:23:02
at 2d Medical Group Barksdale AFB, LA

(7)

Medical Record
Driggers, Cheyenne B     DOB: Redacted  SSN: ***-**-0629    Created: 20 Aug 2014

no family history of hypertrophic cardiomyopathy on 04 Aug 2012 .................................................................. 19
no family history of obesity on 04 Aug 2012 ..................................................................................................... 19
no family history of familial hypercholesterolemia on 04 Aug 2012 ................................................................ 20
no family history of long QT syndrome on 04 Aug 2012 .................................................................................. 20
no family history of diabetes mellitus on 04 Aug 2012 ..................................................................................... 20
no family history of hypertension on 22 Jul 2011 ............................................................................................. 20
no family history of kidney disease on 06 Dec 2010 ........................................................................................ 20
family health status was reviewed on 06 Dec 2010 .......................................................................................... 20
no family history of malignant carcinoma of the breast on 16 Feb 2010 ........................................................ 20
no family history of malignant neoplasm of the ovary on 16 Feb 2010 .......................................................... 21
no family history of malignant neoplasm of the uterus on 16 Feb 2010 ......................................................... 21
no family history of malignant neoplasm of the large intestine on 16 Feb 2010 ............................................ 21
family history of heart disease on 16 Feb 2010 ................................................................................................ 21
no family history of stroke syndrome on 16 Feb 2010 ..................................................................................... 21
family history of hypertension on 07 Mar 2008 ................................................................................................. 21
no family history of asthma on 07 Mar 2008 ..................................................................................................... 21
no family history of alcoholism on 07 Mar 2008 ............................................................................................... 22
family history of diabetes mellitus on 07 Mar 2008 .......................................................................................... 22
family history of not using drugs on 07 Mar 2008 ............................................................................................. 22
family history of not a current smoker on 07 Mar 2008 ................................................................................... 22
family history of hyperlipidemia on 07 Mar 2008 .............................................................................................. 22
no family history of hyperlipidemia on 04 Oct 2007 ......................................................................................... 22
Resulted Labs ............................................................................................................................................................. 23
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 23
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 23
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 23
Throat Culture on 20 Sep 2011 .......................................................................................................................... 24
Streptococcus Group A Ag Rapid on 20 Sep 2011 .......................................................................................... 24
Urine Culture on 29 Nov 2010 ............................................................................................................................ 25
Urinalysis W/Reflex Microscopic+Culture on 29 Nov 2010 ............................................................................. 25
Specific Gravity Manual on 29 Nov 2010 .......................................................................................................... 26
Microscopic Urine on 29 Nov 2010 .................................................................................................................... 26
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 26
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 27
Cytology, Gyn on 16 Feb 2010 ........................................................................................................................... 27
Throat Culture on 26 Jan 2010 ........................................................................................................................... 28
Infectious Mononucleosis Screen on 26 Jan 2010 .......................................................................................... 29
Streptococcus Group A Ag Rapid on 26 Jan 2010 .......................................................................................... 29
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 30
▬▬▬▬▬▬▬▬▬▬ ............................................................................................................................................. 30
Thyroid Stimulating Hormone Sensitive on 07 Mar 2008 ................................................................................ 30
Cholesterol on 07 Mar 2008 ................................................................................................................................ 31
Throat Culture on 23 Feb 2005 .......................................................................................................................... 31
Streptococcus Group A Ag Rapid on 23 Feb 2005 ......................................................................................... 32
Radiology ..................................................................................................................................................................... 33
Right Hand Series Report on 22 Feb 2011 ....................................................................................................... 33
Left Forearm Series Report on 19 Nov 2007 .................................................................................................... 33
Left Wrist Series Report on 19 Nov 2007 .......................................................................................................... 34
Left Elbow Series Report on 09 Oct 2007 ......................................................................................................... 35
Left Wrist Series Report on 09 Oct 2007 ........................................................................................................... 35
Left Forearm Series Report on 09 Oct 2007 ..................................................................................................... 36
Chest PA And Lateral Upright Series Report on 23 Feb 2005 ....................................................................... 37
Immunizations ............................................................................................................................................................. 38
Previous Encounters .................................................................................................................................................. 39
12 Aug 2014 at 2nd Medical Group, 2nd Medical Group Family Health Clinic Peacemaker by VANARSDALL, DONNA ................................................................................................................................................................ 39



| | |
|---|---|
| **Medical Record** | |
| Driggers, Cheyenne B    DOB: Redacted   SSN: \*\*\*-\*\*-0629   Created: 20 Aug 2014 | |

06 Aug 2014 at 2nd Medical Group, FSO by MARKS, FREDRIC ABEL ..... 41
08 Jul 2014 at 2nd Medical Group, FSO by SHANKS, LINDSEY KATHLEEN ..... 43
04 Apr 2014 at 2nd Medical Group, FSO by BAIRD, JENNIFER A ..... 44
16 Jan 2014 at 2nd Medical Group, FSO by MATNEY, LINDSAY M ..... 45
12 Nov 2013 at 2nd Medical Group, FSO by BETANCOURT, TINA A ..... 48
07 Nov 2013 at 2nd Medical Group, FSO by DAVILA, JENNA ELIZABETH ..... 49
29 Oct 2013 at 2nd Medical Group, FSO by MATNEY, LINDSAY M ..... 50
03 Sep 2013 at 2nd Medical Group, FSO by MATNEY, LINDSAY M ..... 53
09 Aug 2013 at 2nd Medical Group, FSO by SIMPSON, PAUL B ..... 55
06 Aug 2013 at 2nd Medical Group, FSO by SHANKS, LINDSEY KATHLEEN ..... 56
01 Aug 2013 at 2nd Medical Group, 2nd Medical Group Family Health Clinic Deuce by WALKER, CAROL D ..... 58
27 Jul 2013 at 2nd Medical Group, Barksdale Pediatric Team A by ILCUS, LIDIA S ..... 59
23 Jul 2013 at 2nd Medical Group, FSO by PRAKASH, DAVE CHARAN ..... 61
10 Jul 2013 at 2nd Medical Group, FSO by MATNEY, LINDSAY M ..... 62
20 Jun 2013 at 2nd Medical Group, FSO by MATNEY, LINDSAY M ..... 63
14 May 2013 at 2nd Medical Group, FSO by PRAKASH, DAVE CHARAN ..... 66
13 May 2013 at 2nd Medical Group, FSO by SIMPSON, PAUL B ..... 67
11 Feb 2013 at 2nd Medical Group, FSO by JANES, FRANCIS E ..... 68
30 Jan 2013 at 2nd Medical Group, FSO by SIMPSON, PAUL B ..... 69
04 Aug 2012 at 2nd Medical Group, Barksdale Pediatric Team A by MCDONALD, BARBARA HELEN ..... 70
17 Apr 2012 at 2nd Medical Group, FSO by SIMPSON, PAUL B ..... 74
14 Feb 2012 at 2nd Medical Group, 2 Medical Group Family Health Center Floater by STRICKLIN, ERIC ALIC ..... 75
20 Sep 2011 at 2nd Medical Group, FSO by JANES, FRANCIS E ..... 78
20 Jul 2011 at 2nd Medical Group, Pediatric Clinic by BERGANIO, SUSAN Y ..... 81
22 Feb 2011 at 2nd Medical Group, FSO by ST PIERRE, MARY JANE ..... 85
19 Jan 2011 at 2nd Medical Group, FSO by ST PIERRE, MARY JANE ..... 90
29 Nov 2010 at 2nd Medical Group, FSO by ST PIERRE, MARY JANE ..... 93
16 Mar 2010 at 2nd Medical Group, Blue Team Clinic by WEAVER, DANIEL C ..... 95
16 Feb 2010 at 2nd Medical Group, Gyn Clinic by OVERTON, TIAMEKO ROCHELLE ..... 97
02 Feb 2010 at 2nd Medical Group, FSO by OWEN, RORY G ..... 100
26 Jan 2010 at 2nd Medical Group, FSO by OWEN, RORY G ..... 103
10 Sep 2009 at 2nd Medical Group, Silver Team Clinic by BARAJAZ, GEORGE A ..... 106
28 Apr 2009 at 2nd Medical Group, Silver Team Clinic by DECASTRO, JUSTINE DE ..... 107
15 Apr 2009 at 2nd Medical Group, FSO by BLUBAUGH, STEPHANIE A ..... 108
07 Mar 2008 at 2nd Medical Group, Pediatric Clinic by AZZAWE, BADIA M ..... 111
26 Nov 2007 at 2nd Medical Group, Orthopedic Clinic by HOSPODAR, STEVEN J ..... 115
16 Oct 2007 at 2nd Medical Group, Orthopedic Clinic by HOSPODAR, STEVEN J ..... 117
09 Oct 2007 at 2nd Medical Group, Orthopedic Clinic by SPEARS, LOREACE J ..... 119
09 Oct 2007 at 2nd Medical Group, Pediatric Clinic by SANDERS, LOIS K ..... 121
04 Oct 2007 at 2nd Medical Group, Pediatric Clinic by AZZAWE, BADIA M ..... 123
Clinical Notes ..... 126
    12 Nov 2013 1154 at 2nd Medical Group, 2nd Medical Group by COX, REGINA ..... 126
    07 Nov 2013 1236 at 2nd Medical Group, 2nd Medical Group by JONES, CESSILY ANN ..... 129
    07 Nov 2013 1225 at , by P ..... 134
    28 Aug 2013 1237 at , by ..... 135
    23 Jul 2013 0845 at 2nd Medical Group, 2nd Medical Group by JONES, CESSILY ANN ..... 136
    14 May 2013 1058 at 2nd Medical Group, 2nd Medical Group by JOHNSON, CORRESHA F ..... 141
    14 May 2013 1055 at 2nd Medical Group, 2nd Medical Group by JOHNSON, CORRESHA F ..... 145
    14 May 2013 1052 at , by ..... 148
    11 Feb 2013 0921 at , by ..... 149
    11 Feb 2013 0919 at 2nd Medical Group, 2nd Medical Group by BELL-COOPER, CAROL A ..... 150
    11 Feb 2013 0918 at 2nd Medical Group, 2nd Medical Group by BELL-COOPER, CAROL A ..... 154
    23 Mar 2010 0938 at , by ..... 158
    16 Feb 2010 1500 at , by ..... 161



**Medical Record**

Driggers, Cheyenne B   DOB: Redacted   SSN: \*\*\*-\*\*-0629   Created: 20 Aug 2014

| Verified: | Yes | CPT: | Q0091 |
|---|---|---|---|
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## CAST, SHORT ARM CAST, PEDIATRIC (0-10 YEARS), FIBERGLASS

| Date Performed: | Unknown | | |
|---|---|---|---|
| Clinician: | | Date Reported: | 22 Oct 2007 |
| Verified: | Yes | CPT: | Q4012 |
| Source: | | Status: | Active |
| Comment: | | | |

## Orthopedic Casting Short Arm

| Date Performed: | Unknown | | |
|---|---|---|---|
| Clinician: | | Date Reported: | 16 Oct 2007 |
| Verified: | Yes | CPT: | 29075 |
| Source: | | Status: | Active |
| Comment: | | | |

## SLINGS

| Date Performed: | Unknown | | |
|---|---|---|---|
| Clinician: | | Date Reported: | 09 Oct 2007 |
| Verified: | Yes | CPT: | A4565 |
| Source: | | Status: | Active |
| Comment: | | | |

## Splinting Wrist Static

| Date Performed: | Unknown | | |
|---|---|---|---|
| Clinician: | | Date Reported: | 09 Oct 2007 |
| Verified: | Yes | CPT: | 29125 |
| Source: | | Status: | Active |
| Comment: | | | |

## Vaccines Viral Varicella (Active)

| Date Performed: | Unknown | | |
|---|---|---|---|
| Clinician: | | Date Reported: | 04 Oct 2007 |
| Verified: | Yes | CPT: | 90716 |
| Source: | | Status: | Active |
| Comment: | | | |

## Human Papilloma Virus Vaccine, Quadrivalent

| Date Performed: | Unknown | | |
|---|---|---|---|
| Clinician: | | Date Reported: | 04 Oct 2007 |
| Verified: | Yes | CPT: | 90649 |
| Source: | | Status: | Active |



Medical Record
Driggers, Cheyenne B    DOB: *Redacted*  SSN: ***-**-0629   Created: 20 Aug 2014



| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|

████████ on 16 Feb 2010

Collection Date:     16 Feb 2010                         Specimen:  URINE
Ordering Clinician:  OVERTON, TIAMEKO R                  Site:      Unknown
Comment:

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| ███ | ███ | | (see note) | (L*) |
| Interpretation: ███ | | | | |

## Cytology, Gyn on 16 Feb 2010

Collection Date:     16 Feb 2010                         Specimen:  LBC CERVICAL (WITH REFLEX HPV)
Ordering Clinician:  OVERTON, TIAMEKO R                  Site:      Unknown
Comment:

### Procedure: CYTOLOGIC GYN

Order #:        100216-01235
Provider:       OVERTON, TIAMEKO R
Ordered Date:   20100216144300
Priority:       ROUTINE
Specimen:       LBC CERVICAL (WITH REFLEX HPV)
Resulted Date:  20100223083129.1-0600
100217 WHC 218    16Feb10    THIN PREP-CE(LBC CERVICAL)

Driggers, Cheyenne B    DOB: *Redacted*  SSN: ***-**-0629   Created: 20 Aug 2014
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page 27

(12)

**Medical Record**
Driggers, Cheyenne B   DOB: *Redacted*  SSN: ***-**-0629   Created: 20 Aug 2014

| | |
|---|---|
| Col: | |
| Hcp: | OVERTON,TIAMEKO R   Req Loc: GYN CLIN |
| Performing Lab: | 59TH MEDICAL WING |
| PL Accession(s): | 100219 CG 17621 |
| | KDF23Feb10@0831 |
| CYTO GYN   C: | AP Report |
| | 16Feb10@0001   THIN PREP-CE(UNKNOWN) |
| 100219 CG 17621  Col: | OVERTON,TIAMEKO ROCHELLE   Req Loc: REMOTE L |
| Hcp: | 100217 WHC 218 |
| SL Accession #: | JK23Feb10@0719 |
| CYTO GYN   C: | CoPath Report |
| Patient: | DRIGGERS,CHEYENNE B   Specimen #: CG10-17621 |
| Accessioned: | 02/19/10 |
| Pathologist: | Cytotech: Grace Flores, Civ, DAF |
| SOURCE OF SPECIMEN: | LBC CERVICAL (WITH REFLEX HPV) (CERV W REFLEX) |
| | Smears Received:   1 |
| | Post-Menopausal: No |
| CLINICAL DIAGNOSIS AND | Hysterectomy: No |
| HISTORY: | Birth Control Pills: No |
| | I.U.D.: No |
| | Hormone Therapy: No |
| FINAL DIAGNOSIS: | |
| | SATISFACTORY FOR EVALUATION, ENDOCERVICAL COMPONENT |
| | SEEN. |
| | NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY. |
| | Cervical/Vaginal cytology is a screening test primarily for squamous |
| | cancers and precursors and has associated false-negative and |
| | false-positive results. |
| | New technologies such as liquid-based preparations may decrease but |
| | will not eliminate all false-negative results. Regular sampling and |
| LBC CERVICAL (WITH | follow-up of unexplained clinical signs and symptoms are recommended |
| REFLEX HPV): | to minimize false negative results. |
| | REFERENCE: SOLOMON, NAYAR. The Bethesda System for Reporting |
| | Cervical |
| | Cytology. Definitions, Criteria, and Explanatory Notes. 2nd edition, |
| | 2004. |
| | This ThinPrep pap test was reviewed by the ThinPrep Imaging System. |
| | Grace Flores, Civ, DAF   ** Report Electronically Signed ** |
| | jkj/02/23/10 |
| | Joel Kay, Jr., GS-11, SCT(ASCP) |
| | ; 88175 ; CG: CYTOPATH CERV-VAG THIN LAYER SCREEN MAN |
| | RESCREEN WITH PHYS |
| CPT Codes: | SUPERVISION |
| | SNOMED CODES |
| | 1. E3345; M09450; T83000; T83300 |

### Throat Culture on 26 Jan 2010

| | | | |
|---|---|---|---|
| Collection Date: | 26 Jan 2010 | Specimen: | Pharynx |
| Ordering Clinician: | OWEN, RORY G | Site: | Unknown |
| Comment: | | | |

Throat Culture

Driggers, Cheyenne B   DOB: *Redacted*  SSN: ***-**-0629   Created: 20 Aug 2014
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   Page 28

13

**Medical Record**
Driggers, Cheyenne B  DOB: *Redacted*  SSN: ***-**-0629  Created: 20 Aug 2014

## *06 Aug 2014 at 2nd Medical Group, FSO by MARKS, FREDRIC ABEL*

Encounter ID: BARK-996728    Primary Dx: DEPRESSION

Patient: DRIGGERS, CHEYENNE B
Treatment Facility: 2ND MEDICAL GROUP
Patient Status: Outpatient

Date: 06 Aug 2014 0939 CDT
Clinic: FLIGHT SURGEONS OFFICE

Appt Type: T-CON*
Provider: MARKS,FREDRIC A
Call Back Phone: (318)-741-0243

AutoCites Refreshed by SHANKS,LINDSEY KATHLEEN @ 06 Aug 2014 0940 CDT

Allergies
•No Known Allergies

Reason for Telephone Consult: Written by SHANKS,LINDSEY KATHLEEN @ 06 Aug 2014 0939 CDT

Questionnaire AutoCites Refreshed by SHANKS,LINDSEY KATHLEEN @ 06 Aug 2014 0940 CDT
**Questionnaires**

·S/O Note Written by SHANKS,LINDSEY KATHLEEN @ 06 Aug 2014 0941 CDT
**History of present Illness**
  The Patient is an 18 year old female.

S/O Note Written by MARKS,FREDRIC A @ 08 Aug 2014 1430 CDT
**Subjective**
18 year old female having trouble coping with life stressors/parents pending divorce. Denies SI/HI.

A/P Last updated by MARKS,FREDRIC ABEL @ 08 Aug 2014 1431 CDT
1. DEPRESSION 311: - Received request from technician to speak with pt, states she is on the phone with anxiety and wanting to be seen. Call transferred to nurse.
- Pt verified by name & dob
- Pt states her parents are in the middle of a divorce and there is an OSI investigation going on.
- States she is supposed to leave for college next week.
- Pt reports c/o anxiety and depression, states she can't eat or sleep. States she hasn't eaten in 2 days.
- Asked pt if she has had any thoughts of hurting herself or anyone else?
- Pt answered, "well I have had times when I thought life would be better without me, but I wouldn't do anything." Pt denies having any plans to hurt herself.
- Next available appt is 20Aug14.
- Recommend pt be evaluated asap and see counselor.
- Pt states OSI has set her up with a counselor for next week.
- Discussed with Col Marks who recommended pt see BHOP nurse; if she thinks pt needs to start medication or has other recommendations, to have pt come to FSO after seeing BHOP nurse and he will see pt.

- Notified BHOP nurse of above. She agrees with poc and states she will see pt as walk-in.
- Pt states she is currently in Haughton, she is going to eat something as she has not eaten in 2 days, she will then come directly to Med Group. Advised pt to check in at FHC, to see BHOP nurse. Pt will then see Col Marks in FSO afterwards as needed.

Disposition Last updated by MARKS,FREDRIC ABEL @ 08 Aug 2014 1430 CDT
Follow up: with PCM and/or in the FLIGHT SURGEONS OFFICE clinic. - Comments:
PT VERIFIED BY NAME & DOB
NOT PRP
NOT DEPLOYMENT RELATED
NOT ON FLYING STATUS
Discussed: Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

Driggers, Cheyenne B   DOB: Redacted  SSN: ***-**-0629  Created: 20 Aug 2014
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     Page 41



Medical Record
Driggers, Cheyenne B    DOB: Redacted  SSN: ***-**-0629   Created: 20 Aug 2014

*04 Oct 2007 at 2nd Medical Group, Pediatric Clinic by AZZAWE, BADIA M*

| | | |
|---|---|---|
| Encounter ID: 49964672 | Primary Dx: | Preventive Medicine Establ. Patient Checkup Child 5-11 |

Patient: DRIGGERS, CHEYENNE B
Treatment Facility: 2ND MEDICAL GROUP
Patient Status: Outpatient

Date: 04 Oct 2007 1420 CDT
Clinic: PEDIATRIC CLINIC

Appt Type: WELL
Provider: AZZAWE,BADIA M

**Reason for Appointment:** physical
**Appointment Comments:**
mlw

AutoCites Refreshed by BOOTHE, AMY H @ 04 Oct 2007 1442 CDT
**Problems**
No Problems Found.

**Allergies**
• No Known Allergies

**Active Medications**
No Active Medications Found.

Screening Written by BOOTHE, AMY H @ 04 Oct 2007 1443 CDT

Allergen information verified by BOOTHE, AMY H @ 04 Oct 2007 1443 CDT
Reason(s) For Visit (Chief Complaint): visit for: 11-12 year visit V21.2 (New) : child is 11 years;

**Vitals**
Vitals Written by BOOTHE, AMY H @ 04 Oct 2007 1443 CDT
BP: 110/73, HR: 78, HT: 63.5 in, WT: 40 kg, Uncorr OS: 20/70, Uncorr OD: 20/30, Uncorr OU: 20/25, BMI: 15.38, BSA: 1.373 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
**Comments:** Medications Reviewed
Percentiles
WT= 50%
HT= 97%

Questionnaire AutoCites Refreshed by BOOTHE, AMY H @ 04 Oct 2007 1442 CDT
**Questionnaires**
No Questionnaires Found.

SO Note Written by AZZAWE,BADIA M @ 04 Oct 2007 1450 CDT
**Chief complaint**
The Chief Complaint is: Well Child Visit.
**History of present illness**
    The Patient is a 11 year old female.
        • Past medical history reviewed.
        ° Shows appropriate behavior at home ° Shows appropriate behavior at school ° Shows appropriate behavior when playing with friends ° Can read and do math at grade level ° Shows pride in achievements ° Can talk about what goes on in school ° Completes school work

        ° Visit is not deployment-related
Symptoms, Complaints, or Concerns: lazy eye since birth
**Allergies**
    No allergies
**Past medical/surgical history**
Reported History:
    Reported medications: Medication history none.
    Medical: No previous hospitalizations and no previous emergency room visit. Past medical history was reported by the patient
        none.
Diagnosis History:
    No asthma

(22)

**Medical Record**
Driggers, Cheyenne B  DOB: Redacted  SSN: ***-**-0629  Created: 20 Aug 2014

No attention-deficit / hyperactivity disorder
**Personal history**
 Social history reviewed.
Habits: Exercising regularly.
Family: Child cared for at home.
**Family history**
  No cancer
  No heart disease
  No early deaths
  Family history reviewed
  Not smoking
  Hypertension
  No hyperlipidemia
  No diabetes mellitus.
**Review of systems**
Additional Review of Systems: none.
Systemic symptoms: No fever.
Otolaryngeal symptoms: No earache, no nasal discharge, and no nasal passage blockage.
Pulmonary symptoms: No cough and no wheezing.
Gastrointestinal symptoms: Appetite not decreased. No vomiting, no abdominal pain, no diarrhea, and no constipation.
Genitourinary symptoms: No dysuria.
Endocrine symptoms: Denied concerns about sexual development.
Skin symptoms: No rash.
Musculoskeletal symptoms: No arthralgias.
Psychological symptoms: Good school performance and no problems with one's peer group.
**Physical findings**
Vital signs:
  ° Current vital signs reviewed.
General appearance:
  ° Alert. ° Well nourished. ° Well hydrated. ° Healthy appearing.
Head:
  ° No evidence of a head injury. ° Normocephalic.
Eyes:
  General/bilateral
    Extraocular Movements: ° Normal.
    Pupils: ° Reactive to light.
    External Eye: ° Showed no abnormalities.
    Sclera: ° Normal.
Ears:
  General/bilateral
    External Auditory Canal: ° External auditory meatus normal.
    Tympanic Membrane: ° Normal.
    Hearing: ° No hearing loss noted.
Pharynx:
  Oropharynx: ° Normal.
Neck:
  ° Demonstrated no decrease in suppleness. ° No cervical mass was seen.
Lymph Nodes:
  ° Cervical lymph nodes were not enlarged.
Chest:
  ° Visual inspection revealed no abnormalities.
Lungs:
  ° Clear to auscultation.
Cardiovascular system:
  Heart Rate And Rhythm: ° Heart rate was normal.
  Murmurs: ° No murmurs were heard.
  Arterial Pulses: ° Equal bilaterally and normal.
Abdomen:
  Auscultation: ° Bowel sounds were normal.
  Palpation: ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
  Hepatic Findings: ° Liver was not enlarged.
  Splenic Findings: ° Spleen was not enlarged.
Genitalia:
  External: ° Genitalia showed no abnormalities.
  Vagina: ° Mucosa was normal. ° No vaginal discharge was observed.
Rectum:
  Anus: ° Normal.
Skin:
  ° Color and pigmentation were normal.
Musculoskeletal system:


23

| | Medical Record | |
|---|---|---|
| Driggers, Cheyenne B | DOB: Redacted SSN: ***-**-0629 | Created: 20 Aug 2014 |

14 yo female here with family for OSC evaluation. Denies any significant medical problems. Was having sxs of metorrhagia last year according to record. Was referred to WHC for OCP consideration.
General overall feeling -Very Good

Pain Severity   0/ 10.
Allergies
 Current Allergies Reviewed: NONE.
Past medical/surgical history
Reported History:
Medical: Reported medical history No signficant medical problems.
Surgical / procedural: Surgical / procedural history None.
Reported medications: Medication history: ( X ) No Medications
  ( NA) Current Medications Reviewed and Reconciled
  ( ) Vitamins    ( ) Dietary Supplements
  ( ) Herbals    ( )Weight Loss Meds.
Personal history
Behavioral history: Never smoked  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Review of systems
Systemic symptoms: No recent weight loss.
Eye symptoms: No blurry vision.
Otolaryngeal symptoms: No hearing loss.
Cardiovascular symptoms: No palpitations.
Pulmonary symptoms: No dyspnea.
Gastrointestinal symptoms: No heartburn.
Genitourinary symptoms: No change in urinary frequency ▬▬▬▬
▬▬▬▬
Musculoskeletal symptoms: No muscle aches.
Neurological symptoms: No limb weakness.
Psychological symptoms: No depression and not thinking about suicide. No homicidal thoughts.
Physical findings
General:
  Physical examination mobile, moves all extremities without noted limitation.
General appearance:
  Normal.   Well developed.   Well nourished.   In no acute distress.
Psychiatric Exam:
Mood: Euthymic.
Affect: Normal.
A/P Written by WEAVER, DANIEL C @ 23 Mar 2010 0832 CDT
1. OTHER visit for: administrative purpose: Reviewed medical records/interviewed patient. No conditions identified that would preclude overseas travel for this family member (although other FMs with significant medical issues).
DD 2792 and AF 1466 accomplished.
Disposition Written by WEAVER, DANIEL C @ 23 Mar 2010 0832 CDT
Released w/o Limitations
Follow up: as needed with PCM.
Discussed: - Comments: Discussed OSC process and timelines.
20 minutes face-to-face/floor time..
Note Written by BROWN, TIFFANY V @ 16 Mar 2010 0829 CDT
Consult Order
Referring Provider: WEAVER, DANIEL C
Date of Request: 11 Mar 2010
Priority: Routine

(24)

NSN 7540-00-634-4176 — 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

FAMILY PRACTICE CLINIC TELEPHONE CONSULT

**PROVIDER:**

Who is calling? Pelch, Jessica   Age of patient? 23 months

Problem: Pt has some redness in her vagina area. She is having pain c̄ urination and took ≈ 30 minutes to go. ∅ fever

**PCM TEAM:**

∅ N/V

When did it start? yesterday

What have you done for it?

Current Meds (including OTC meds):

Allergies:

Signature/Print last name: [signature]   TONY J. NELSON, LT, USAF, BSC
Physician Assistant
470.90.0103   42G

Is PRP reporting required: YES/NO

IF YES, WHAT IMPAIRMENT IS EXPECTED?

TYPE OF MEDICATION:   DURATION:

UNIT/DP:   PERSON NOTIFIED:

SIGNATURE OF PERSON MAKING NOTIFICATION:

Provider Response: Pt on leave in San Antonio. She is to be taken to Wilford Hall the well[?] healthcare [signature]

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Home Phone:

Work Phone:

Best time to be reached:

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle Initial)
Pelch, Cheyanne

RELATIONSHIP TO SPONSOR   STATUS

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO   DATE OF BIRTH
017   Redacted   0296

SEX

RANK/GRADE

CHRONOLOGICAL RECORD OF MEDICAL   STANDARD FORM 600 (REV. 5-84) (EF-V1)
Prescribed by GSA and ICMR (PwFORM PRO)
FIRMR (41 CFR) 201-45.505

(25)

**TRICARE** From: Health Care Information Line   To: Ms Hcf Barksdale (328) Fax

| | |
|---|---|
| Patient Name: CHEYENNE PELCH | Call Date/Time: 12/26/97 4:52 pm |
| Highest Assessment Category: | URGENT WITHIN 24 HOURS: urinary tract problems: 7 weeks - 12 years |

## Sponsor Information

Sponsor Name: Jessica Pelch    Sponsor SSN: Redacted 0296    Sponsor Status: Active

## Call Information

Why Calling: what to do
Symptom: Painful urination
When: X24 h
Location: urinary tract
Severity: cries c urination
Comments: Upgraded U4/patient screams on urination and sx have been present already X24 h

## Patient Information

Name: CHEYENNE PELCH
SSN:
Birthdate: 1/15/96
Gender:

Address: 3273 Cottonwood St
Bossier City, LA 71111
Home Phone: Redacted
Emergency Phone:
Patient Status: prime - hmo option within tricare

Realtionship to Caller:

## Caller Information

Name: JESSICA PELCH
Home Phone: Redacted

## Service Referrals

ms hcf barksdale (328) fax

## Guideline Text

GUIDELINE: urinary tract problems: 7 weeks - 12 years  CATEGORY: homecare & safety

AG   1. If able to void, drink plenty of fluids, especially water and clear liquids.
AG   2. Avoid carbonated drinks that tend to make urine alkaline.
AG   3. Increase juices high in vitamin C, i.e., orange and cranberry to increase acidity, as age appropriate.
AG   4. Encourage warm baths to ease discomfort.
AG   5. Reassure child that it is okay to urinate in tub.
AG   6. Check with physician to see if a follow-up visit or urine test is needed to verify that infection is cleared.
AG   -- May be given acetaminophen, if over 3 mos and not allergic. Acetaminophen is not recommended for newborns through 3 months without physician approval.

Faxfmt #3 v1.00    Patient Number: 5,804,412    Interaction ID: 4,244,892    Page 2

(26)